**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHANIQUE CARTER on behalf of herself And others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | 11 cv 6595 |
| vs. | ) ) ) | |
| BLATT, HASENMILLER, LEIBKER & MOORE, LLC | ) ) ) ) ) | Judge Feinerman |
| Defendant. | ) | |

**DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt"), and by and through its undersigned attorneys and for its Motion for Extension of Time to Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its complaint on September 21, 2011 and served it upon Blatt on September 23, 2011.

2. Blatt's responsive pleading to the Complaint is due on October 14, 2011.

3. Blatt needs an additional thirty (21) days, until November 4, 2011, to review relevant documents, retain counsel, and prepare its response to plaintiff's complaint.

4. This is Blatt's first request for an extension of time.

5. Therefore, Blatt requests additional time, up to and including November 4, 2011,

to file their responsive pleading to plaintiff's Complaint.

WHEREFORE, Defendants respectfully requests this Court grant an extension of time, up to and including November 4, 2011, for defendant to file their responsive pleading to plaintiff's Complaint and award whatever further relief this Court deems just and appropriate.

Dated: October 14, 2011

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By: ___/s/ Gregory R. Dye___
    One of its Attorneys

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC
125 S. Wacker, Suite 400
Chicago, Illinois 60606
(312) 704-9333 Phone
(312) 704-9430 Fax
gdye@bhlmlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the above **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system and via mailing a copy to the parties listed below.

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave, Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By:    /s/ Gregory R. Dye