**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHANIQUE CARTER on behalf of herself And others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | 11 cv 6595 |
| vs. | ) ) ) | |
| BLATT, HASENMILLER, LEIBKER & MOORE, LLC | ) ) ) ) ) | Judge Feinerman |
| Defendant. | ) | |

**DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant, Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt"), and by and through its undersigned attorneys and for its Motion for Extension of Time to Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff filed its complaint on September 21, 2011 and served it upon Blatt on September 23, 2011.

2. Blatt's responsive pleading to the Complaint was due on October 14, 2011.

3. Blatt filed a motion for extension of time which was granted up to November 4, 2011.

4. Blatt now files this second motion for extension of time as it needs an additional fourteen (14) days, until November 18, 2011, to review relevant documents, retain counsel, and prepare its response to plaintiff's complaint.

4. In addition, the parties have been in contact and are discussing a possible resolution. Plaintiff has no objection to the additional extension.

5. Therefore, Blatt requests additional time, up to and including November 18, 2011, to file their responsive pleading to plaintiff's Complaint.

WHEREFORE, Defendants respectfully requests this Court grant an extension of time, up to and including November 18, 2011, for defendant to file their responsive pleading to plaintiff's Complaint and award whatever further relief this Court deems just and appropriate.

Dated: November 4, 2011                            Respectfully Submitted,

                                                   BLATT, HASENMILLER, LEIBSKER &
                                                   MOORE, LLC


                                                   By:    /s/ Gregory R. Dye
                                                          One of its Attorneys

                                                   BLATT, HASENMILLER, LEIBSKER &
                                                   MOORE, LLC
                                                   125 S. Wacker, Suite 400
                                                   Chicago, Illinois 60606
                                                   (312) 704-9333 Phone
                                                   (312) 704-9430 Fax
                                                   gdye@bhlmlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I served the above **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system and via mailing a copy to the parties listed below.

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave, Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By: /s/ Gregory R. Dye