**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHANIQUE CARTER on behalf of herself and others similarly situated, | ) ) | 1:11-cv-6595 |
| Plaintiffs, | ) | Judge Feinerman |
| | ) | |
| v. | ) | |
| | ) | |
| BLATT, HASENMILLER, LEIBSKER & MOORE, LLC. | ) ) | JURY DEMANDED |
| Defendant. | ) | |

**DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby dismisses this case without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i). Defendant has not served an answer or a motion for summary judgment.


Respectfully submitted,


/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com